IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-HC-2089-D

| | |
|---|---|
| ROY BENJAMIN HUMPHREY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WARDEN D. LEU, ) | |
| ) | |
| Respondent. ) | |

On April 17, 2025, Roy Benjamin Humphrey ("Humphrey" or "petitioner"), a federal inmate proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [D.E. 1]. On October 21, 2025, Humphrey was released from custody. See BOP Inmate Locator, https://www.bop.gov/inmateloc/ (search by inmate number) (last visited Nov. 4, 2025).

Humphrey was required to notify the court of his change of address within 14 days of his release, but he failed to do so. See Local Civ. R. 83.3. Accordingly, the court DISMISSES the action without prejudice for Humphrey's failure to advise the court of his new address and for failure to prosecute. The clerk shall close the case.

SO ORDERED. This 4 day of November, 2025.

JAMES C. DEVER III
United States District Judge